UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   TRACEY ALLEN CARRIES                         CASE NO. 20-10828
   MARLA RANELLE CARRIES                    JUDGE BENJAMIN A. KAHN
   4495 BOYD WRIGHT ROAD
   BURLINGTON, NC  27215

       DEBTORS

SSN(1) XXX-XX-2287     SSN(2) XXX-XX-4803         DATE: 06/16/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT: .00%<br>NAME ID: 1735<br>CLAIM #: 0022 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT: .00%<br>NAME ID: 2794<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| AMERICAN ANESTHESIOLOGY<br>P O BOX 88087<br>CHICAGO, IL  60680-1087 | $0.00<br>INT: .00%<br>NAME ID: 156048<br>CLAIM #: 0025 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1734<br>COMMENT: |
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $21,910.36<br>INT: 5.25%<br>NAME ID: 182227<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 8611<br>COMMENT: 18TOYO |
| BURLINGTON PEDIATRICS<br>3804 S CHURCH ST<br>BURLINGTON, NC  27215 | $0.00<br>INT: .00%<br>NAME ID: 46681<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $11,886.13<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 5245<br>COMMENT: |
| CITY OF BURLINGTON<br>TAX COLLECTOR<br>P O BOX 1358<br>BURLINGTON, NC  27216 | $0.00<br>INT: .00%<br>NAME ID: 2914<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9397<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DR ED SCOTT DDS<br>5439 LIBERTY RD<br>GREENSBORO, NC  27406 | $0.00<br>INT:  .00%<br>NAME ID: 166175<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8370<br>COMMENT: |
| DUKE HEALTH<br>5213 S ALSTON AVE<br>DURHAM, NC  27713 | $0.00<br>INT:  .00%<br>NAME ID: 162287<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2287<br>COMMENT:  OC |
| LAB CORP<br>P O BOX 2240<br>BURLINGTON, NC  27216-2240 | $0.00<br>INT:  .00%<br>NAME ID: 2431<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LCA COLLECTIONS<br>P O BOX 2240<br>BURLINGTON, NC  27216-2240 | $0.00<br>INT:  .00%<br>NAME ID: 55849<br>CLAIM #:  0027 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MARCUS BY GOLDMAN SACHS<br>P O BOX 45400<br>SALT LAKE CITY, UT  84145 | $0.00<br>INT:  .00%<br>NAME ID: 173781<br>CLAIM #:  0016 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6545<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0004 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2287<br>COMMENT:  OC |
| PEDIATRIX MEDICAL GROUP<br>P O BOX 88087<br>CHICAGO, IL  60680-1087 | $0.00<br>INT:  .00%<br>NAME ID: 184096<br>CLAIM #:  0026 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9076<br>COMMENT: |
| PENNYMAC LOAN SERVICES LLC<br>P O BOX 660929<br>DALLAS, TX  75266-0929 | $0.00<br>INT:  .00%<br>NAME ID: 136904<br>CLAIM #:  0005 | (S) SECURED<br>DIRECT PAY<br>ACCT: 5509<br>COMMENT:  DT,RE RP,DIR |
| PENNYMAC LOAN SERVICES LLC<br>P O BOX 660929<br>DALLAS, TX  75266-0929 | $0.00<br>INT:  .00%<br>NAME ID: 136904<br>CLAIM #:  0023 | (S) SECURED<br>DIRECT PAY<br>ACCT: 5509<br>COMMENT:  POST ARR |
| PENNYMAC LOAN SERVICES LLC<br>P O BOX 660929<br>DALLAS, TX  75266-0929 | $0.00<br>INT:  .00%<br>NAME ID: 136904<br>CLAIM #:  0024 | (S) SECURED<br>DIRECT PAY<br>ACCT: 5509<br>COMMENT:  OC,PRE ARR,DIR |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,002.15<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0017 | (U) UNSECURED<br><br>ACCT: 0901<br>COMMENT:  LOWES |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---:|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $6,399.27<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 8645<br>COMMENT: LOWES | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $5,313.31<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 0608<br>COMMENT: SYNCHRONY BANK | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $5,059.68<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 2910<br>COMMENT: HOME DEPOT,121A | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $6,672.06<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 9675<br>COMMENT: HOME DEPOT | |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR AQUA FINANCE<br>P O BOX 2489<br>KIRKLAND, NC  98083 | $2,213.64<br>INT: 5.25%<br>NAME ID: 183905<br>CLAIM #: 0006 | (S) SECURED<br><br>ACCT: 8406<br>COMMENT: WATER TREATMENT SYS | |
| TD RETAIL CARD SERVICES<br>% CREDITOR BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $2,932.99<br>INT: 5.25%<br>NAME ID: 170297<br>CLAIM #: 0008 | (S) SECURED<br><br>ACCT: 4162<br>COMMENT: LAWNMOWER | |
| THREE RIVERS FEDERAL CREDIT UNION<br>P O BOX 2573<br>FORT WAYNE, IN  46801 | $7,846.62<br>INT: .00%<br>NAME ID: 184160<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 5554<br>COMMENT: | |
| **TOTAL:** | **$71,288.21** | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE | |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  06/16/2021                                          OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
     Attorney for Debtors - Electronic Notice